ALEXANDER H. ALLAN, JUNIOR *vs.* HELEN B. ALLAN. January 2, 1951. Decree affirmed. The husband appealed from a decree dismissing his libel

for a divorce charging the wife with desertion. We need not recite the reported evidence. The decision rested to a large extent upon the credibility of witnesses. We cannot say that the judge was plainly wrong. The record discloses no error of law or fact. *Goren* v. *Goren,* 310 Mass. 284. *Levanosky* v. *Levanosky,* 311 Mass. 638, 639.

*J. J. McGovern,* (*M. F. McDuffee* with him,) for the libellant.

No argument nor brief for the libellee.